# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAILEY MIXON, an individual, | **CASE NO.: 2:19-cv-09306-JLS-SK** |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL GERARD FLANAGAN, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES HEREIN:**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED:   September 18, 2020

By:   */S/* JOSEPHINE L. STATON
JUDGE OF THE U.S. DISTRICT COURT